DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail:  DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LEO PORTNOY,

       **Plaintiff,**　　　　　　　　　　07 Civil 7214 (Baer, J.)

- against -

UROPLASTY, INC., MICHAEL ROTH,
BRIAN JAY STARK, STARK OFFSHORE
MGT. LLC, and SF CAPITAL PARTNERS
LTD.,

       **Defendants.**
_____/

<u>**NOTICE OF DISMISSAL WITH PREJUDICE**</u>

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
　　　　October 1, 2007

　　　　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David Lopez, Esq. (DL-6779)

**S O   O R D E R E D :**

_____
Harold Baer, Jr., U.S.D.J.
New York, New York
October      , 2007