DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail: DavidLopezEsq@aol.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LEO PORTNOY,

       Plaintiff,                07 Civil 7214 (Baer, J.)

   - against -

UROPLASTY, INC., MICHAEL ROTH,
BRIAN JAY STARK, STARK OFFSHORE
MGT. LLC, and SF CAPITAL PARTNERS
LTD.,

       Defendants.
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
       October 1, 2007

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Harold Baer, Jr. U.S.D.J.
New York, New York
October 9, 2007